CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUL 18 2007
JOHN F. CORCORAN, CLERK
BY: /s/ M. Hupp
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| RAY C. TURNER,<br>    Plaintiff, | Civil Action No. 7:07cv00341 |
| v. | **FINAL ORDER** |
| BIG STONE GAP<br>POLICE DEPARTMENT, et al.,<br>    Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion to proceed <u>in forma pauperis</u> without prepayment of the filing fee shall be and hereby is **DENIED**; the action is hereby **STAYED**; and if plaintiff does not prepay the $350.00 filing fee for this action within ten (10) business days from the date of this order, the action will be **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915(g).

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 18th day of July, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge